Docket # 04-10138 - JLT

4-18-07

Dear Sheila: Diskes. Operations Supervisor. DATE

RECEIVED IN CLERK'S OFFICE 4/23/07

I had ask Tracy Weisberg for a early release. I got this respond back from Mrs Weisberg, which I really respect she respond back to my letter.

I send a ~~copy~~ you the same letter I wrote Mrs Tracy Weisberg Mrs Sheila Diskes. I've been working since my release and at the same address upon my release. I have two daughters, my oldest Stephanie Tejeda and she is a freshmen in U muss University majoring in Nursing, and my 16 year old Jasmine Perez graduate this June 6, and she will be attending Daytona Pheonix Aviasion in Florida for pilot. I ask in the name of my lord that you grant me a early release. I have been Promoted to Assistant Manager in job. I'm serving the lord and I would like to bring my experience to those young kids and ~~teenager~~. my testimony. I have faith in everything I ask Jesus. Thank You. I really appreciate all this and your time.

Betty Rodriguez
BR

Tele
978-259-8438
wrk - 978-692-0969.