Hope and pray this will be a positive things.

Dear Tracy                              3-30-07

[CLERK'S OFFICE DATE: 4/23/07]

I will be soon, be promoted to assistant Manager to West Andover mobil which is the same company. I was trying to reach you but I didn't get a call back. I've been doing very well since I get release. I was hoping that I could go to Boston Court and get a early release on my probation, all I do is work and I can't enjoy my day off because I get call from family member at the last minute, which they live in Rhode Island N. York, Conn. I always have to end up saying I can't go. Can You Please call me regards to this. Thank You   Betty Rodriguez
                                       978 259 6438

I think I deserve, and I have work very hard has upon on my release, I keep my mind always occupy, there was a traveling bill trip to New York from my Church I couldn't attend it. I'm trying so hard to give the Lord, He the only one who can keep me away from danger, and keeping myself sober. I give myself a lot of respect that I have made a good change in my life, I would like you to see if you can make a effort and I can go in front of the Judge.

Sometime people say prison don't change no one, but believe me has change my whole life, I have a lot of manners, respect, trust, from other people just like in my job my manager say I'm her best worker, I would never let no one or anything bring me down like in the pass, like I said I have a lot of respect and trust on myself.

Thank You.