# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### PROBATION OFFICE

**JOHN M. BOCON**
Chief U.S. Probation Officer

408 Atlantic Avenue
Room 434
Boston, MA 02110
(617) 748-9188
Fax -(617) 748-4260

IN CLERKS OF
4/23/07

April 17, 2007

Betty A. Rodriguez
18 Fisher Street
Lowell, MA 01850

Dear Ms. Rodriguez:

I am in receipt of your note concerning a memo for early termination. I can not draft any memos for you concerning early termination. Our office does not recommend early termination. If we are asked, our office policy is to not recommend early termination.

You can send a memo on your own or through your attorney for early termination, that has always been your right to do so.

Information you need is as follows:

You were sentenced by The Honorable Melinda Harmon, U.S. District Judge, Southern District of Texas, Docket #: 4:99-CR-00554-002, sentence date of 3/28/02 to 58 months of incarceration followed by 48 months of supervised release for Possession With Intent to Distribute 100 Grams or More of Heroin, Aiding and Abetting. You were released to supervision on 11/21/03 and have an expiration date of 11/20/07. Your case was transferred to the administrative caseload on 8/23/05. Jurisdiction of your case was transferred to the District of Massachusetts on 4/28/04 under Docket #: 04-10138.

If you draft a memo on your own, you should include the above information on your correspondence. Make sure you say your Massachusetts Docket Number is: 04-10138. This is very important. I am sending you your letter so you may include that as well.

Send it to:   Sheila Diskes, Operations Supervisor
For: Judicial Assignment
One Courthouse Way, Suite 2300
Boston, MA 02210

If you have any questions, please contact me at 617-748-4925.

Sincerely,

Tracy J. Weisberg
Tracy J. Weisberg
U.S. Probation Officer Assistant