UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * |
| | *   Criminal Action No. 04-10138-JLT |
| BETTY ANN RODRIGUEZ, | * |
| | * |
| Defendant. | * |
| | * |

ORDER

July 10, 2007

TAURO, J.

After considering the factors set forth in 18 U.S.C. § 3553(a), and having considered that Defendant has showed remarkable success in overcoming her prior problems and has already served more than three years on supervised release, this court construes Defendant's Letter [#1] as a Motion to Terminate Supervised Release, which this court ALLOWS, pursuant to the authority provided in 18 U.S.C. § 3583(e)(1). As of today, Defendant is discharged from her term of supervised release.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge