UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | |
| | * | Criminal Action No. 04-10138-JLT |
| BETTY ANN RODRIGUEZ, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

July 10, 2007

TAURO, J.

After considering the factors set forth in 18 U.S.C. § 3553(a), and having considered that Defendant has showed remarkable success in overcoming her prior problems and has already served more than three years on supervised release, this court construes Defendant's <u>Letter</u> [#1] as a <u>Motion to Terminate Supervised Release</u>, which this court ALLOWS, pursuant to the authority provided in 18 U.S.C. § 3583(e)(1).  As of today, Defendant is discharged from her term of supervised release.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge